UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN GIEL,<br><br>                        Plaintiff,<br><br>vs.<br><br>RICHARD CANO, and any marital community thereof, and BANK OF AMERICA; and GENERAL MOTORS ACCEPTANCE CORPORATION (GMAC),<br><br>                        Defendants. | NO. C07-5270 RBL<br><br>ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE<br><br>Hearing Date: July 23, 2008 |

        THIS MATTER came before this Court on the Joint Motion of the parties to request to extend the discovery deadline and dispositive motion deadline, and the Court having reviewed the Motion and the pleadings and files herein, and considering itself fully advised, now, therefore, it is hereby

        ORDERED that the discovery deadline shall be continued to August 22, 2008, and that the dispositive motions shall be due September 9, 2008, without other amendment of the

ORDER GRANTING EXTENSION- 1 of 2
[Giel ORDER GRANTING EXTENSION.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1  dates set forth in the Second Minute Order.

2      DATED this 21st day of July, 2008.

3

4

5  *[signature]*

6  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING EXTENSION- 2 of 2
[Giel ORDER GRANTING EXTENSION.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565