UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN GIEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD CANO, any any marital community thereof, and BANK OF AMERICA, and GENERAL MOTOR ACCEPTANCE CORPORATION (GMAC),<br><br>　　　　Defendants. | Case No. C07-5270RBL<br><br>ORDER RE: MOTION FOR RECONSIDERATION |

THIS MATTER is before the Court on Defendant GMAC's Motion for Reconsideration [Dkt. #81]. GMAC asks the court to Reconsider its Order [Dkt. #48] denying in part GMAC's Motion for Summary Judgment [Dkt. #29]. The Court has reviewed the Motion and the underlying Order. The Motion for Reconsideration is DENIED.

Dated this 18th day of November, 2008

　　　　　　　　_/s/ Ronald B. Leighton_
　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　UNITED STATES DISTRICT JUDGE